IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02143-WYD-MEH

INSTINCTIVE FILM GmbH, a German Limited Liability Company,

  Plaintiff,

v.

JOHN DOES 1-15,

  Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Doe 13 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed October 23, 2013 (ECF No. 12), it is

ORDERED that John Doe 13 is **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  October 23, 2013

  BY THE COURT:

  s/ Wiley Y. Daniel
  Wiley Y. Daniel
  Senior United States District Judge