IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02143-WYD-MEH

INSTINCTIVE FILM GmbH, a German Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-12, 14-15,

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal Without Prejudice of John Doe 15 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 10, 2013 (ECF No. 14), it is

ORDERED that John Doe 15 is **DISMISSED WITHOUT PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  November 12, 2013

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge