IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02143-WYD-MEH

INSTINCTIVE FILM GmbH, a German Limited Liability Company,

      Plaintiff,

v.

JOHN DOES 1-12, 14,

      Defendants.

---

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Doe 12 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed December 9, 2013 (ECF No. 18), it is

ORDERED that John Doe 12 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  December 9, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge