IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02143-WYD-MEH

INSTINCTIVE FILM GmbH, a German Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-11, 14,

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal Without Prejudice of John Doe 11 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed January 9, 2014 (ECF No. 23), it is

ORDERED that John Doe 11 is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:   January 9, 2014

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge