IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02143-WYD-MEH

INSTINCTIVE FILM GmbH, a German Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 1-10, 14,

   Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal Without Prejudice of John Does 1, 4, and 8 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed January 28, 2014 (ECF No. 26), it is

ORDERED that John Does 1, 4, and 8 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  January 28, 2014

                                                            BY THE COURT:

                                                            s/ Wiley Y. Daniel
                                                            Wiley Y. Daniel
                                                            Senior United States District Judge