IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02143-WYD-MEH

INSTINCTIVE FILM GmbH, a German Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 2-3, 5-7, 9-10, 14,

    Defendants.

---

**ORDER**

---

In accordance with the Notice of Voluntary Dismissal Without Prejudice of John Does 2, 3, 5, 6, 7, 10, and 14 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed February 6, 2014 (ECF No. 28), it is

ORDERED that John Does 2, 3, 5, 6, 7, 10 and 14 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  February 6, 2014

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge