IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02143-WYD-MEH

INSTINCTIVE FILM GmbH, a German Limited Liability Company,

      Plaintiff,

v.

KAREN ZEEB,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 19, 2014.**

      Plaintiff's Motion for Leave to Amend Complaint to Name Doe Defendant [filed February 17, 2014; docket #33] is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint with attachments located at docket ##33-1, 33-2 and 33-3. Plaintiff shall serve the Second Amended Complaint in accordance with D.C. Colo. LCivR 15.1(b).