IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02143-WYD-MEH

INSTINCTIVE FILM GmbH, a German Limited Liability Company,

    Plaintiff,

v.

KAREN ZEEB,

    Defendant.

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal of Defendant and Case filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on June 9, 2014 (ECF No. 50), it is

ORDERED that Defendant Karen Zeeb and this case are **DISMISSED**.

Dated:  June 9, 2014

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior United States District Judge